JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shenzhen Smoore Technology Co., Ltd., <br><br> *Plaintiff,* <br><br> vs. <br><br> Greentank Technologies Corp., <br><br> *Defendant* | Case No. 2:22-cv-07638-AB-AGR <br><br> **ORDER REGARDING JOINT STIPULATION OF DISMISSAL** <br><br> Judge André Birotte Jr. |

Pursuant to the parties' Stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the claims brought by Plaintiff Shenzhen Smoore Technology Co., Ltd., against Defendant Greentank Technologies Corp. are hereby dismissed **without prejudice**, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 30, 2024

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE